O



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Gary Carl Hunter,<br><br>Defendant. | Case No.: CR 16-0682-FMO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __insufficient bail resources, outstanding warrants__

1 _unemployed, ongoing alcohol abuse_

   and/or

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _lengthy criminal history, involving some violence, recent conviction while on SR for battery, ongoing alcohol abuse issues, outstanding warrants_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _May 19, 2021_

_/s/ Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE